IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUDREY FINLEY, | * |
| Plaintiff, | * |
| v. | *   CV 112-038 |
| MORRIS COMMUNICATIONS CO., LLC, | * |
| Defendant. | * |

## ORDER

On March 21, 2012, Plaintiff filed suit against Defendant alleging a violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. (Doc. no. 1.) Plaintiff sought to recover unpaid overtime compensation, liquidated damages, reasonable costs of litigation, and attorney's fees. The parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal with prejudice. (Doc. no. 12.)

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 17th day of August, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA